

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

QUENTIN C. LAMBERT

    Plaintiff(s)

vs.

FEDERAL CARTRIDGE COMPANY, et al.

    Defendant(s)

\*\*\*\*\*\*

Case No.: L-02 C2798

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 SEP 11 P 3:39
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, JOHN PARKER SWEENEY, ESQUIRE, am a member in good standing of the bar of this Court. My bar number is 08761. I am moving the admission of DALE G. WILLS, ESQUIRE to appear *pro hac vice* in this case as counsel for REMINGTON ARMS COMPANY, INC.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Missouri Supreme Court | 1982 |
| Illinois Supreme Court | 1983 |
| United States District Court for the Northern District of Illinois | 1984 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or __E. BENJAMIN ALLIKER, ESQUIRE__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| JOHN PARKER SWEENEY, ESQUIRE | DALE G. WILLS, ESQUIRE |
| Printed Name | Printed Name |
| MILES & STOCKBRIDGE P.C. | SWANSON, MARTIN & BELL |
| Firm | Firm |
| 10 Light Street<br>Baltimore, Maryland  21202 | One IBM Plaza, Suite 2900<br>Chicago, Illinois  60611 |
| Address | Address |
| 410-727-6464 | 312-321-9100 |
| Telephone Number | Telephone Number |
| 410-385-3700 | 312-321-0990 |
| Fax Number | Fax Number |

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

SEP 1 3 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*************************************************************************

**ORDER**

☑ GRANTED        ☐ DENIED    Felicia C. Cannon

9-13-02                       by: *[signature]*

Date                          **Clerk, United States District Court**