## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUENTIN C. LAMBERT | : | |
| | : | |
| v. | : | CIVIL NO. L-02-2798 |
| | : | |
| FEDERAL CARTRIDGE COMPANY, | : | |
| et al. | : | |

### MEMORANDUM

Now before the Court are Defendants' Motions to Dismiss.  For the reasons stated in the Memorandum of even date, the Court hereby:

(i)    GRANTS Defendant Federal Cartridge Company's Motion to Dismiss;

(ii)   GRANTS Remington Arms Company, Inc.'s Motion to Dismiss;

(iii)  DISMISSES Blount International, Ltd. from the case; and

(iv)   DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this _27th_ day of November, 2002.

_____
Benson Everett Legg
United States District Judge

7