IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| QUENTIN C. LAMBERT | : | |
| v. | : | CIVIL NO. L-02-2798 |
| FEDERAL CARTRIDGE COMPANY, et al. | : | |

## MEMORANDUM

Now before the Court are Defendants' Motions to Dismiss. For the reasons stated in the Memorandum of even date, the Court hereby:

(i) GRANTS Defendant Federal Cartridge Company's Motion to Dismiss;

(ii) GRANTS Remington Arms Company, Inc.'s Motion to Dismiss;

(iii) DISMISSES Blount International, Ltd. from the case; and

(iv) DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this 27th day of November, 2002.

Benson Everett Legg
United States District Judge